1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER BOFFOLI,

                                  Plaintiff (s),

                v.

ATEMIS LLC et al.,

                                  Defendant (s).

CASE NO.
2:18−cv−00795−TSZ

ORDER OF DEFAULT

        THIS MATTER comes before the Clerk of Court on Plaintiff Christopher

Boffoli, an individual's motion pursuant to FRCP 55(a) and LCR 55(a), and it

appearing that Defendant Atemis LLC has failed to timely plead or otherwise defend in

this action, the default of Defendant Atemis LLC is hereby entered.

        IT IS SO ORDERED.

        DATED: The 17th of July 2018

                                        WILLIAM M. MCCOOL

                                        /s/Karen Dews
                                        Deputy Clerk

ORDER OF DEFAULT
Page 1