UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER BOFFOLI,

        Plaintiff,

v.

ATEMIS LLC; and DOES 1-5,

        Defendants.

C18-795 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for default judgment, docket no. 12, is DENIED without prejudice for the following reasons. First, plaintiff has moved for default judgment against one, but not all defendants in this matter, and he has not provided any basis for the Court to make the determination required by Federal Rule of Civil Procedure 54(b) when entering final judgment as to fewer than all claims. Second, although plaintiff has included certain copyright registration numbers in his operative pleading, *see* Compl. at ¶ 11 (docket no. 1), plaintiff has not provided copies of the certificates of registration or indicated the dates on which the images at issue were published and registered, and thus, the Court cannot determine whether the prerequisites to plaintiff maintaining suit and for the award of any statutory damages or attorney's fees have been satisfied. *See* 17 U.S.C. §§ 411 & 412. Third, plaintiff's allegation that defendant Atemis LLC (doing business as Let Eat Go), an entity organized and located in Delaware, "conducts substantial business in the State of Washington," Compl. at ¶¶ 3, 7, & 12 (docket no. 1), is entirely conclusory and insufficient to establish personal jurisdiction. *See* Swartz v. KPMG LLP, 476 F.3d 756, 766 (9th Cir. 2007) ("mere 'bare bones' assertions of minimum contacts with the forum or legal conclusions unsupported by specific factual allegations will not satisfy a plaintiff's pleading burden" with respect to personal jurisdiction); *see also* In re Tuli, 172

MINUTE ORDER - 1

F.3d 707, 712 (9th Cir. 1999) ("When entry of judgment is sought against a party who has failed to plead or otherwise defend, a district court has an affirmative duty to look into its jurisdiction over both the subject matter and the parties.").

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of August, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2